1  KAI-CHING CHA, Bar No. 218738
   kcha@littler.com
2  BLAIR A. COPPLE, Bar No. 313580
   bcopple@littler.com
3  LITTLER MENDELSON, P.C.
   333 Bush Street
4  34th Floor
   San Francisco, CA 94104
5  Telephone:   415.433.1940
   Fax No.:      415.399.8490
6
7  Attorneys for Defendant
   ULTA SALON, COSMETICS & FRAGRANCE,
   INC.
8
9  JAMES R. HAWKINS, Bar No. 192925
   ISANDRA FERNANDEZ, Bar No. 220482
   JAMES HAWKINS APLC
10 9880 Research Drive, Suite 200
   Irvine, CA 92618
11 Telephone:   949.387.7200
   Fax No.:      949.387.6676
12
13 Attorneys for Plaintiff
   SHERRI A. MEDEIROS
14
15                  UNITED STATES DISTRICT COURT
16                  EASTERN DISTRICT OF CALIFORNIA
17 SHERRI A. MEDEIROS on behalf of          Case No. 2:18-cv-02947-TLN-AC
   herself and all others similarly situated,
18                                           **JOINT STIPULATION TO MODIFY
                  Plaintiff,                 AMENDED PRETRIAL SCHEDULING
19                                           ORDER; ORDER**
         v.
20                                           Judge:     Hon. Troy L. Nunley
   ULTA SALON, COSMETICS &                   Dept.:     Courtroom 2, 15th Floor
21 FRAGRANCE, INC., a Delaware
   corporation, and DOES 1 through 50,       Action Filed:   September 25, 2018
22 inclusive,                                Trial Date:     None Set
23                Defendants.
24
25
26
27
28

**STIPULATION TO MODIFY AMENDED PRETRIAL SCHEDULING ORDER**

Plaintiff Sherri A. Medeiros ("Plaintiff") and Defendant Ulta Salon, Cosmetics & Fragrance ("Ulta") (collectively, "the Parties"), by and through their respective counsel of record, hereby stipulate as follows:

WHEREAS, on January 30, 2019 the Court issued an Amended Pretrial Scheduling Order [Dkt. 6] setting the Motion for Class Certification briefing schedule;

WHEREAS, the hearing on the Motion for Class Certification is currently set for February 20, 2020;

WHEREAS, the Parties have met and conferred, and have agreed that the hearing for Motion for Class Certification briefing schedule should be continued to May 29, 2020.

NOW, THEREFORE, the Parties, having met and conferred, stipulate to the following Motion for Class Certification briefing schedule:

| Event | Date |
|---|---|
| Last Day to File Motion for Class Certification | February 20, 2020 |
| Last Day to File Opposition to Motion for Class Certification | April 2, 2020 |
| Last Day to File Reply to Opposition to Motion for Class Certification | May 1, 2020 |
| Hearing on Motion for Class Certification | May 28, 2020 |

**IT IS SO STIPULATED.**

LITTLER MENDELSON, P.C.
900 THIRD AVENUE
NEW YORK, NY 10022
212.583.9600

Dated: February 8, 2019

/s/ Kai-Ching Cha
KAI-CHING CHA
BLAIR A. COPPLE
Littler Mendelson, P.C.
Attorneys for Defendant
ULTA SALON, COSMETICS &
FRAGRANCE, INC.

Dated: February 8, 2019

/s/ Isandra Fernandez
JAMES R. HAWKINS
ISANDRA FERNANDEZ
James Hawkins APLC
Attorneys for Plaintiff
Sherri A. Medeiros

## FILER'S ATTESTATION

Pursuant to Local Rule 131(e), I, the filer of this document, attest that all other signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

Dated: February 8, 2019

/s/ Kai-Ching Cha
KAI-CHING CHA
LITTLER MENDELSON, P.C.

LITTLER MENDELSON, P.C.
333 Bush Street
34th Floor
San Francisco, CA 94104
415.433.1940

FIRMWIDE:162193330.1 059310.1149          3          Case No. 2:18-cv-02947-TLN-AC
JOINT STIPULATION TO MODIFY AMENDED PRETRIAL SCHEDULING ORDER; ORDER

## ORDER

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Having reviewed the parties' stipulation, the Court hereby adopts the parties' proposed Motion for Class Certification briefing schedule, and amends its January 30, 2019 Order by these dates.

| Event | Date |
|---|---|
| Last Day to File Motion for Class Certification | February 20, 2020 |
| Last Day to File Opposition to Motion for Class Certification | April 2, 2020 |
| Last Day to File Reply to Opposition to Motion for Class Certification | May 1, 2020 |
| Hearing on Motion for Class Certification | <span style="color:red">May 28, 2020</span> |

IT IS SO ORDERED.

Dated: February 11, 2019

Troy L. Nunley
United States District Judge

LITTLER MENDELSON, P.C.
333 Bush Street
34th Floor
San Francisco, CA 94104
415.433.1940