BLAIR A. COPPLE, Bar No. 313580
bcopple@littler.com
LITTLER MENDELSON, P.C.
333 Bush Street, 34th Floor
San Francisco, CA 94104
Telephone: 415.433.1940
Fax No.: 415.399.8490

Attorneys for Defendant
ULTA SALON, COSMETICS & FRAGRANCE, INC.

JAMES R. HAWKINS, Bar No. 192925
ISANDRA FERNANDEZ, Bar No. 220482
JAMES HAWKINS APLC
9880 Research Drive, Suite 200
Irvine, CA 92618
Telephone: 949.387.7200
Fax No.: 949.387.6676

MATTHEW R. BAINER, Bar No. 220972
mbainer@bainerlawfirm.com
THE BAINER LAW FIRM
1901 Harrison St., Suite 1100
Oakland, California 94612
Telephone: (510) 922-1802
Facsimile: (510) 844-7701

Attorneys for Plaintiff
SHERRI A. MEDEIROS

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHERRI A. MEDEIROS on behalf of herself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>ULTA SALON, COSMETICS & FRAGRANCE, INC., a Delaware corporation, and DOES 1 through 50, inclusive,<br><br>Defendants. | Case No. 2:18-cv-02947-TLN-AC<br><br>**STIPULATION TO STAY ACTION; ORDER** |

LITTLER MENDELSON, P.C.
333 Bush Street
34th Floor
San Francisco, CA 94104
415.433.1940

STIPULATION TO STAY ACTION

1     Plaintiff Sherri Medeiros ("Plaintiff") and Defendant Ulta Salon, Cosmetics & Fragrance, Inc. ("Defendant") (collectively, the "Parties"), by and through their counsel of record, hereby stipulate and agree as follows:

    WHEREAS, on September 25, 2018 Plaintiff filed the Complaint in the Superior Court of California, County of Solano, Case No. FCS051572;

    WHEREAS, on November 9, 2018, 2018 Defendant removed this action to the United States District Court, Eastern District of California, Case No. 2:18-cv-02947-TLN-AC;

    WHEREAS, on August 20, 2019, Plaintiff entered into an agreement to become a named plaintiff in the matter *Tellez v. Ulta Salon, Cosmetics & Fragrance, Inc.* pending in the United States District Court, Southern District of California, Case No. 3:18-cv-02480-CAB-LL (*"Tellez"*), and to resolve her claims in the *Tellez* matter;

    WHEREAS, on October 11, 2019, the Court in *Tellez* granted preliminary approval of the class action settlement;

    WHEREAS, the Parties agree that the similarity of the claims, parties, and relief sought make it appropriate to stay the proceedings in the instant action pending an order granting or denying final approval of the *Tellez* class action settlement;

    NOW THEREFORE, it is hereby stipulated and agreed, by and between the Parties, as follows:

(1)     This action is hereby stayed pending an order granting or denying final approval of the *Tellez* class action settlement; and

(2)     The Bainer Law Firm shall notify the Court within ten (10) days of service of any order from Judge Bencivengo denying or granting final approval of the *Tellez* class action settlement.

    IT IS SO STIPULATED.

DATED: November 20, 2019

                                              */s/ Blair A. Copple*
BLAIR A. COPPLE
LITTLER MENDELSON, P.C.

Attorneys for Defendant
ULTA SALON, COSMETICS & FRAGRANCE, INC.

DATED: November 20, 2019

                                              */s/ Isandra A. Fernandez*
ISANDRA FERNANDEZ
JAMES HAWKINS APLC

Attorneys for Plaintiff
SHERRI A. MEDEIROS

## **ATTESTATION**

Pursuant to Civil Local Rule 5-1(i)(3), the filer of this document attests that concurrence in the filing of this document has been obtained from the other signatory above.

DATED: November 20, 2019

                                              */s/ Blair A. Copple*
BLAIR A. COPPLE
LITTLER MENDELSON, P.C.

Attorneys for Defendant
ULTA SALON, COSMETICS & FRAGRANCE, INC.

LITTLER MENDELSON, P.C.
333 Bush Street
34th Floor
San Francisco, CA 94104
415.433.1940

3.

STIPULATION TO STAY ACTION

## **ORDER**

Upon considering the Parties' Stipulation to Stay, IT IS HEREBY ORDERED THAT:

(1) This action is hereby stayed pending an order granting or denying final approval of the *Tellez* class action settlement; and

(2) The Bainer Law Firm shall notify the Court within ten (10) days of service of any order from Judge Bencivengo denying or granting final approval of the *Tellez* class action settlement.

**IT IS SO ORDERED.**

Dated: November 21, 2019

_____
Troy L. Nunley
United States District Judge

LITTLER MENDELSON, P.C.
333 Bush Street
34th Floor
San Francisco, CA 94104
415.433.1940